OPINION — AG — ** COUNTY COMMISSIONERS, AUTHORITY ** QUESTION: DOES THE COUNTY COMMISSIONERS OF PONTOTOC COUNTY HAVE THE LAWFUL AUTHORITY TO PERMIT FARMERS IN SAID COUNTY TO USE MOTOR PATROLS OR ROAD GRADERS BELONGING TO SAID COUNTY TO BE USED IN CONSTRUCTING AND MAINTAINING TERRACES AND DITCHES IN SAID COUNTY ? — NEGATIVE (EQUIPMENT OR MACHINERY, TOWNSHIPS, SOIL CONSERVATION) CITE: 69 O.S.H. 344 (LEWIS A. WALLACE)